UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 APR 22  PM 4: 05

CLERK

BY _CDC_____
DEPUTY CLERK

Meub Associates, PLC,

    Plaintiff,

    v.                                    Civil Action No. 2:26–cv–51

Scott Bessent et al,

    Defendant.

## ORDER

On or before April 29, 2026, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 22nd day of April 2026.

_Kevin J. Doyle_
Kevin J. Doyle
United States Magistrate Judge