U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN 15 A 8: 32

CLERK
BY *COC*
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Meub Associates, PLC,

        Plaintiffs,

        v.

Scott Bessent et al,

        Defendants.

Civil Action No. 26–cv–51

## ORDER

On or before June 22, 2026, Defendants Scott Bessent and Charles Cherington shall

return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 15th day of June 2026.

Kevin J. Doyle
United States Magistrate Judge